UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X
KAREN BURDEN o/b/o A.A.,

                      Plaintiff,      Civil Action
                                   No. 05-0846
                                     (FJS/GJD)   5:05-CV-846

    v.
                                   CONSENT ORDER TO
                                   AWARD ATTORNEY FEES
                                   PURSUANT TO EAJA,
MICHAEL J. ASTRUE,                28 U.S.C. §2412(d)
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 20 U.S.C. § 2412(d), in the amount of six thousand ($6,000.00) dollars in full satisfaction of any claim for fees pursuant to the EAJA,

    AND, the Court having reviewed the record in this matter;

IT IS on this 21st day of November, 2008;

ORDERED that plaintiff be awarded fees under the EAJA in the amount of $6,000.00, and that payment of said fee award be made directly to plaintiff's attorney, Jaya A. Shurtliff, Esq., pursuant to an assignment of EAJA fees signed by plaintiff on August 25, 2008.

Gustave J Di Bianu
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

GLENN T. SUDDABY
United States Attorney

Date: November 20, 2008    By: /s/ Karen G. Fiszer
Karen G. Fiszer
Special Ass't U.S. Attorney
Attorney for Defendant
KF-6439

Date: 11/20/08    By: Jaya Shurtliff
Jaya A. Shurtliff, Esq.
Olinsky & Shurtliff, LLP
300 South State Street, 5th fl.
Syracuse, NY 13202

2